UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TAWANA ANN MCGEE and TIMOTHY D'ANGELO MICKELL, <br><br> Plaintiffs, <br><br> v. <br><br> STEPHEN SCHINDLER, et al., <br><br> Defendants. | CAUSE NO.: 2:24-CV-31-TLS-JEM |

**OPINION AND ORDER**

Plaintiff Tawana Ann McGee was ordered to file an amended complaint on the proper form by February 23, 2024. *See* Order, ECF No. 3. She was cautioned that if she did not file an amended complaint by the deadline, the case would be dismissed without further notice. *Id*. The deadline has passed, but she has neither filed an amended complaint nor responded in any other way. It appears she has abandoned this case.

It is unclear whether Plaintiff Timothy Mickell ever intended to be included as a plaintiff in this case because he never signed the complaint and his mother, Plaintiff Tawana McGee, claimed to represent him. The Court previously advised Plaintiff McGee that, as a non-lawyer, she could not represent her son. *See* Op. & Order at 3, ECF No. 3; Fed. R. Civ. P. 11(a) ("Every pleading, written motion, and other paper must be signed . . . by a party personally if the party is unrepresented."); *Davis v. Anderson*, 718 F. App'x 420, 423 (7th Cir. 2017) ("A pro se litigant . . . is not allowed to represent other people on appeal or in the district court."); *J.S. v. Manchester Cmty. Sch. Corp.*, No. 3:19-CV-421, 2019 WL 7283285, at *4 (N.D. Ind. Dec. 23, 2019) (concluding that pro se father could not bring a § 1983 claim on behalf of his son). Thus, the Court finds that Timothy D. Mickell was not properly included as a plaintiff in this case.

For these reasons, Plaintiff Tawana Ann McGee's claims are DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(b). The Court DISMISSES without prejudice any claims Plaintiff Tawana McGee purported to bring on behalf of Plaintiff Timothy D. Mickell. The Clerk of Court is DIRECTED to close this case.

SO ORDERED on March 7, 2024.

s/ Theresa L. Springmann
JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT